# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Genefic RX DX, et al.
Plaintiff

v.

Civil Action No.

Administep LLC, d/b/a MDiQ
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Genefic RX DX

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Dalrada Technology Group, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Genefic RX DX, Dalrada Technology Group, Inc., Law Office of Andrew L. Jones, P.C., AdminiSTEP, LLC d/b/a MDiQ

| | |
|---|---|
| Date: | December 18, 2024 |
| Signature: | /s/Andrew L. Jones |
| Print Name: | Andrew L. Jones |
| Bar Number: | 24012919 |
| Address: | 3405 Milton Avenue, Suite 209 |
| City, State, Zip: | Dallas, TX 75205 |
| Telephone: | 214-883-6024 |
| Fax: | 214-979-0101 |
| E-Mail: | ajones@andrewjoneslaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.